IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION


CARLA SUE KOCH                                                    PLAINTIFF


          v.                        CIVIL NO. 17-2163


NANCY A. BERRYHILL, Commissioner
Social Security Administration                                   DEFENDANT

## J U D G M E N T

For reasons stated in the memorandum opinion of this date, the Court hereby affirms

the decision of the Commissioner and dismisses Plaintiff's case with prejudice.  **The parties

have sixty days from entry of the judgment on the docket in which to appeal.**

IT IS SO ORDERED AND ADJUDGED this 10th day of May 2018.



/s/    *Erin L. Wiedemann*
HON. ERIN L. WIEDEMANN
UNITED STATES MAGISTRATE JUDGE